IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRELL AINSWORTH, <br><br>                    Plaintiff, <br><br> v. <br><br> CORRECTIONAL OFFICER DAVID FLORES, et al., <br><br>                    Defendants. | NO. CV 24-4029-PA (AGR) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, the Report and Recommendation of the United States Magistrate Judge ("Report"). No objections to the Report have been filed.

The postal service has returned as undeliverable the Report, the Notice of Filing Report, and a minute order issued by the magistrate judge. The envelopes indicate that Plaintiff is out to court for more than 7 days. (Dkt. Nos. 62-64.) Local Rule 41-6 requires that a party proceeding *pro se* "keep the Court and all other parties informed of the party's current address." Plaintiff has not filed a notice of temporary change of address. Nevertheless, Plaintiff suffers no

prejudice because the Report recommends denial of Defendants' motion to revoke Plaintiff's *in forma pauperis* status and dismiss the action.

The Court accepts the findings and recommendation of the Report.

IT IS ORDERED that Defendants' motion to revoke Plaintiff's *in forma pauperis* status and dismiss the action is denied. The case is referred back to the magistrate judge for further proceedings.

DATED:  July 24, 2025

                          PERCY ANDERSON
                       United States District Judge