**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TYRELL AINSWORTH,<br><br>        Plaintiff,<br><br>    v.<br><br>DAVID FLORES, ET AL.,<br><br>        Defendants. | No. CV 24-4029-PA(E)<br><br><br>ORDER TO SHOW CAUSE |

Plaintiff filed a Complaint on May 8, 2024 and a (Corrected) "First Amended Complaint" on June 3, 2024.  Plaintiff then was a state prisoner in San Luis Obispo.  Plaintiff currently is a prisoner in Terminal Annex in Los Angeles.

On August 7, 2024, the Court granted Plaintiff in forma pauperis ("IFP") status. However, after the May 19, 2026 transfer of this case to the undersigned Magistrate Judge, sua sponte review of the dockets of this Court has suggested that Plaintiff may not be entitled to proceed IFP in this action.  Under the Prison Litigation Reform Act, Pub L. No. 104-134, 110 Stat. 1321 (1996), a prisoner may not bring a civil action in forma pauperis ("IFP") if, on three (3) or more previous occasions, the prisoner has brought an action or appeal in a court of the United States that was dismissed on the grounds that it was frivolous or malicious or

failed to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.  28 U.S.C. § 1915(g).[1]  A denial of IFP status can count as a prior dismissal or "strike" for purposes of section 1915(g).  O'Neal v. Price, 531 F.3d 1146, 1153-54 (9th Cir. 2008).  According to the dockets of this Court, Plaintiff previously has filed three or more actions which qualify as "strikes" under section 1915(g).  See Actions Nos. CV 18-7682; CV 23-1281; CV 23-4263; CV 23-4266.  It further appears that Plaintiff is not "under imminent danger of serious physical injury," within the meaning of 28 U.S.C. section 1915(g).

Therefore, it is ordered that, within twenty-one (21) days of the date of this Order, Plaintiff shall show cause in writing, if there be any, why Plaintiff's IFP status should not be revoked on the ground that Plaintiff has suffered three or more dismissals qualifying as "strikes" under 28 U.S.C. section 1915(g).  Failure to respond timely to this Order may result in the dismissal of this action.

Dated: June 4, 2026

_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

---

[1]     For purposes of this section, "prisoner" includes anyone "incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms and conditions of parole, probation, pretrial release, or diversionary program."  28 U.S.C. § 1915(h).