**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TYRELL AINSWORTH,<br>Plaintiff,<br>v.<br>DAVID FLORES, ET AL.,<br>Defendants. | No. CV 24-4029-PA(E)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed all of the records herein and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation (Docket No. 148).

IT IS ORDERED that the Motion (Docket No. 125) is denied.

///

///

///

///

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on Plaintiff and on all counsel of record.

DATED: August 18, 2026.

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE